Case 1:24-mj-00178-MAU   Document 1-1   Fil

Case: 1:24-mj-00178
Assigned to: Judge Upadhyaya, Moxila A.
Assign Date: 5/16/2024
Description: COMPLAINT W/ ARREST WARRANT

## STATEMENT OF FACTS

In and around July 2023, the Metropolitan Police Department's Violent Crime Suppression Division ("VCSD"), along with the Drug Enforcement Agency ("DEA") and Federal Bureau of Investigation ("FBI"), began investigating sales of controlled substances and crimes of violence involving firearms in the area colloquially known as "21st and Maryland." Specifically, law enforcement identified a group of individuals engaged in the sale of narcotics operating in and around an apartment building located at xxxx I Street, NE, Washington, D.C.

Throughout the course of the investigation, law enforcement conducted multiple controlled buys of narcotics, including cocaine base and fentanyl, from various members of the conspiracy. Law enforcement also conducted surveillance and, by consent, installed a covert camera (with audio) in an unleased apartment unit in xxxx I Street ("Apt. xxx"), which members of the conspiracy trespassed in and used to conduct a portion of their operations. From the video and audio surveillance, law enforcement observed members of the conspiracy appearing to package and distribute narcotics, cook cocaine base, possess firearms, and discuss the sale of narcotics.

Based on the evidence obtained over the course of the investigation, a federal grand jury returned an indictment charging 10 individuals, including Trevon PALMER, Charles MANSON, Jamiek BASSIL, and Damien JENKINS, with Conspiracy to Distribute Fentanyl and Cocaine Base in criminal case 24-cr-226. Law enforcement obtained arrest warrants for the 10 defendants (which did not include WALKER and BAILEY) and also obtained search warrants for multiple residences, including residences identified as WALKER's and BAILEY's.[1]

Via surveillance and the covert video, law enforcement identified Adrian WALKER and Ahmed BAILEY frequently present in and around xxxx I Street, NE, and inside of Apt. xxx. Both have been identified as members of the conspiracy. Examples of their conduct are set forth below.

With respect to BAILEY, on March 7, 2024, PALMER, appeared to be teaching BAILEY how to cook crack cocaine inside of the vacant apartment. During this conversation, BAILEY said words to the effect of, "I need to learn, I'm coming to you for everything." PALMER later stated, "Little bit of water, move it around, little bit of water gonna move it around and make it drop." Your affiant understands that PALMER described part of the process for making crack cocaine from cocaine powder and other ingredients.

On March 29, 2024, BAILEY was captured by surveillance footage in the rear of xxxx I Street, NE, engaging in an apparent hand to hand transaction. In particular, a suspected drug buyer handed apparent currency to BAILEY, who in turn provided the buyer with a small unknown item. During the course of this investigation, law enforcement has observed members of the drug conspiracy frequently engaging in apparent narcotics sales in this area next to xxxx I Street, NE.

---

[1] *See* case number 24-sw-456.

With respect to WALKER, on March 17, 2024, WALKER was captured on video inside of xxxx I Street, NE, selling what appeared to be drugs to a suspected narcotics customer. He was also observed holding a bag with a white object(s) inside, consistent in appearance with narcotics. On April 18, 2024, WALKER was at the kitchen and inside of the vacant trap apartment. WALKER picked up a firearm on a kitchen counter, looked at it, and set it down. He then picked up a clear plastic bag containing a white substance from the counter, looked at it, and placed it down. WALKER walked away from the counter, and the plastic bag and a box of baking soda (which your affiant knows is used in the cooking of crack cocaine) can be seen. Co-conspirator MANSON then entered the apartment and grabbed the baking soda, and the two began working at the kitchen counter in a manner consistent with making crack cocaine. Co-conspirator JENKINS then entered with a suspected narcotics buyer, and JENKINS can be heard saying to the buyer words to the effect of, "you want a rock, I'll give you some rock." JENKINS then retrieved a clear plastic bag containing a white substance inside of it from a closet. JENKINS can be heard saying something to the effect of, "gram" and "that's definitely more than a gram though." It appeared that the narcotics transaction occured between JENKINS and the narcotics buyer. JENKINS then placed suspected narcotics into the front of his pants.

WALKER and BAILEY have similarly also been observed together in and around xxxx I Street, NE. On April 8, 2024, for example, WALKER and BAILEY were observed in the vacant apartment together. At approximately 2:52 p.m. WALKER entered the apartment with a backpack and proceeded to measure out quantities of what is believed to be marijuana from one large gold in color mylar bag into smaller multi-color mylar bags. This occurred over several minutes as WALKER packaged multiple mylar bags. During this time, BAILEY entered Apt. xxx and was observed standing in the kitchen.  A conversation between WALKER and BAILEY occurred, some of which is hard to understand due to music being played. However, during the conversation, WALKER asked BAILEY if he's got a "drac," which commonly refers to a "Draco," or type of AK-47-patterned pistol. BAILEY responded, "yea."

On March 24, 2024, BAILEY, WALKER, MANSON, and BASSIL were inside Apt. xxx. They had a discussion that appeared to be referring to the manufacturing of narcotics. On March 28, 2024, BAILEY, WALKER, and JENKINS were inside Apt. xxx, and  BAILEY was captured on surveillance engaging in conduct consistent with packaging narcotics.

On April 5, April 12, and April 17, WALKER and BAILEY were within Apt. xxx, during which time it appeared that one of the two were in possession of narcotics or involved in the packaging of narcotics.  For example, on April 17, 2024, WALKER and BAILEY were captured on surveillance inside Apt. xxx. The two both appear to be manipulating suspected narcotics together. WALKER was observed showing BAILEY suspected narcotics of. It appears that someone from outside of the apartment alerted members of the DTO to presence of law enforcement. WALKER quickly got up and ran to the back room. BAILEY mentioned that the door to the apartment is already locked.

Additionally, on April 17, 2024, WALKER and BAILEY were inside the hallway of xxxx I Street, NE. WALKER walked away from BAILEY and entered Apt. xxx. Shortly after, a suspected drug buyer entered the rear door and met with BAILEY. An apparent hand to hand

drug transaction occurred between BAILEY and the buyer. The buyer then leaves through the back door.

As noted above, on May 15, 2024, around 6:00 a.m. law enforcement executed multiple search and arrest warrants, including the two search warrants for WALKER and BAILEY's residence.

From WALKER's two-bedroom residence, where WALKER, another adult, and a juvenile were present, agents seized a black backpack from the kitchen. It contained multiple plastic baggies commonly used in the distribution of narcotics. Law enforcement also located two clear plastic twists each containing a white rock substance. A small portion of the substances field tested positive for cocaine. The substances weighed 22.5 grams with packaging. WALKER admitted to having a backpack containing narcotics, specifically, "coke".

From a three-bedroom residence associated with BAILEY, law enforcement recovered from a room, identified as BAILEY's, a clear plastic bag on the mattress containing 57 small zips, each containing a white rock-like substance. A small portion later field tested positive for cocaine. The items weighed approximately 12.7 grams, including packaging. Also recovered from the residence were 13 rounds of loose assorted ammunition inside a dresser drawer and one Glock magazine containing ten rounds of live ammunition inside a jacket in the closet. There were two other bedrooms in the residence, each one of which had a firearm. One of those firearms was registered to BAILEY. Also present at the search, in addition to BAILEY, were two adults understood to be BAILEY's father and grandmother.

Based on the foregoing facts, I submit that there is probable cause to believe that WALKER and BAILEY have violated 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) (Possession with Intent to Distribute Cocaine) and 846 (Conspiracy Thereof).

_____
INVESTIGATOR CHRISTOPHER HYDER
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 16th day of May 2024.*

_____
 HONORABLE MOXILA A. UPADHYAYA
 UNITED STATES MAGISTRATE JUDGE